UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 5 2018
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s): Jonathan Cooper ~~Syracuse police dep.~~

vs.

Defendant(s): David Proud, Eric Braun, Det. Staub, Scott Fura, Paul Rigby, City of Syracuse, Michael Ferrante

Civil Case No.: 5:18-CV-028(BKS/DEP)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☑ JURY ☐ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Jonathan Cooper

   Address: 213 Village Dr. Apt 3
   Syracuse NY 13206

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Syracuse Police Department

   Official Position: _____

   Address: 511 S. State St.
   Syracuse New York 13202

b.  Defendant: David Proud
Official Position: Syracuse Police Officer
Address: 511 S. State St.
Syracuse New York 13202

c.  Defendant: Erich Braun
Official Position: Police Officer
Address: 511 S. State St.
Syracuse NY 13202

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

Defendant: Det. Staub
Official Position: Police Officer
Address: 511 S. State St.
        Syracuse, NY 13202

Defendant: Paul Rigby
Official Position: Police Officer
Address: 511 S. State St.
        Syracuse, NY 13202

Defendant: Scott Fura
Official Position: Police Officer
Address: 511 S. State St.
        Syracuse, NY 13202

Defendant: Michael Ferrante
Official Position: Ex. Assistant D.A.
Address: 511 S. State St.
        Syracuse, NY 13202

Defendant: City of Syracuse
Address: City Hall
        233 E. Washington St.
        Syracuse, NY 13202

On or about 7/21/15 I left my girlfriend, Amiara Phillips, parents' house to drop her off at work and proceed to my Drug Treatment Program at 410 Crouse. As I parked in the parking lot at 410 Crouse Ave. I was pulled over by an unmarked vehicle. Detectives demanded I allow them to search the vehicle without reason. They snatched me out of the vehicle and put me into handcuffs. They then said they watched come out of Clifton Phillips Sr.'s home and began to question me. They demanded that I tell them about Clifton Phillips Sr. They stated that this was a parole situation and I would be detained from here on out. I was then transported back to Clifton Phillips Sr.'s house at or around 10 am. I sat handcuffed in the house for the next 8 hours effectively taking me out of drug treatment. The focus of the investigation seemed to be Clifton Phillips Sr. It was then, while I was pulled over, that Officer Proud questioned me about Clifton Phillips Sr. insisting that he had drugs and guns that I had no knowledge of. Proud went on to tell me things like Clifton Phillips wouldn't hesitate to kill me and "put a bullet in my head." At this point I was so scared that I urinated involuntarily and began to cry intensely. Officer Proud then made statements to me saying he is the "white hair, blue eyed devil and this is the closest I will get to hell." He then went on to tell me I was going upstate for a long time if I did not tell him things that I did not have any knowledge of. Then my counselor from drug treatment came outside and tried to intervene. I then was put under arrest and put inside of the police car. They drove me back to Clifton Phillips house where I was taunted and made fun of by other officers for being a drug addict and for the way I looked. I sat quietly and waited to be released back to my program which never happened. I was then transported to the county jail where I sat on false charges and missed out on my drug treatment program for over a month. These false accusations nearly got me kicked out of treatment which placed a lot of stress on me especially because I was doing so well. At this time, I was on honor roll in my treatment program with intensive

interventions and daily treatment. The things said to me by officer Proud have stuck with me from that day forward and negatively impacts me and my sobriety.

5.                              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Violation of plaintiffs 4th amendment right under the United States Constitution. When the defendents intentionally violated Plaintiff's right to be free from unreasonable stops, searches, and seizures.

### SECOND CAUSE OF ACTION

Violation of plaintiffs 5th and 14th amendment constitutional rights under the U.S. Constitution when the defendents intentionally planted and manufactured evidence to intentionally violate plaintiffs due process and equal protection of the Law Rights

### THIRD CAUSE OF ACTION

Violation of plaintiffs 6th amendment constitutional rights under the U.S. constitution. When the defendents intentionally prosecuted the plaintiff for crimes she did not commit. Where the defendents maliciously prosecuted the plaintiff. Manipulated the law to pressure and intimidate the plaintiff.

6.  **PRAYER FOR RELIEF**

    **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

    Relief should be ~~[scribbled out]~~
    15 million dollars. ~~[scribbled out]~~

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: ~~12/30/17~~
    12/30/17

    _Jonathan Cooper_
    _Jonathan Cooper_
    Signature of Plaintiff(s)
    (all Plaintiffs must sign)

02/2010