UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JONATHAN COOPER,

                         Plaintiff,

    -against-                                   5:18-CV-0028 (LEK/ATB)

DAVID PROUD, *et al.*,

                         Defendants.
―――――――――――――――――――――――――――――――

## ORDER

**I.   INTRODUCTION**

This matter comes before the Court following an Order and Report-Recommendation filed on March 22, 2018, by the Honorable Andrew T. Baxter, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 6 ("Order and Report-Recommendation").

**II.   LEGAL STANDARD**

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). If no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008), abrogated on other grounds by Widomski v. State Univ. of N.Y. at Orange, 748 F.3d 471 (2d Cir. 2014); see also Machicote v. Ercole, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a

Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." § 636(b). Otherwise, a court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id.

### III.   DISCUSSION

No objections were filed in the allotted time period. Docket. The Court has therefore reviewed the Order and Report-Recommendation for clear error and has found none.

### IV.   CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Order and Report-Recommendation (Dkt. No. 6) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED with prejudice** as to defendants Syracuse Police Department and Michael Ferrante; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice** as to defendants City of Syracuse, Scott Fura, Erich Braun, Detective Staub, and Paul Rigby for failure to state a claim upon which relief can be granted; and it is further

**ORDERED**, that the remainder of Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice** for failure to properly apply to proceed in forma pauperis; and it is further

**ORDERED**, that if Plaintiff wishes to proceed with this action, then **within thirty days** of the filing date of this Order he must either pay the statutory filing fee or submit a proper application to proceed in forma pauperis; and it is further

**ORDERED**, that if Plaintiff fails to pay the statutory filing fee or submit a proper application to proceed in forma pauperis **within thirty days** of the filing date of this Order, the Clerk is directed to enter Judgment indicating that this action is dismissed without prejudice, without further order of this Court; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:   June 06, 2018
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge